USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitMisc. No. 98-9001 IN RE: EDWARD J. CHOINSKI AND MILDRED B. CHOINSKI, Debtors.   RICHARD J. BIRCH,  Appellant,  v.  EDWARD J. CHOINSKI, ET AL.,  Appellees. APPEAL FROM THE UNITED STATES BANKRUPTCY APPELLATE PANELOF THE FIRST CIRCUIT   Before  Selya, Circuit Judge, Campbell, Senior Circuit Judge, and Boudin, Circuit Judge.   Richard J. Birch on brief pro se. Richard S. Hackel on brief for debtors/appellees Edward J.Choinski and Mildred B. Choinski.July 6, 1998 Per Curiam. Upon careful review of the briefs and record, we conclude that this appeal has no merit. We reach this conclusion essentially for the reasons stated by the Bankruptcy Appellate Panel in its memorandum of decision dated November 18, 1997: appellant waived any appellate claim about the form of the bankruptcy court proceedings, and in any event we perceive no abuse of the bankruptcy court's discretion in that regard; appellant has no standing to pursue the substance of the claim that he previously assigned to the corporation's bankruptcy trustee; and the bankruptcy court properly dismissed appellant's remaining claims under Massachusetts law. Affirmed. See 1st Cir. Loc. R. 27.1.